Jonathan L. Sulds (JS-4674)
Jonathan L. Israel (JI-5882)
Evandro C. Gigante (EG-7402)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
(212) 872-1000

*Attorneys for Defendant United Parcel Service, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
CLIVE DENNIS,                                              :
                                                           :   Index No. 07-Civ-9754 (HB)
                           Plaintiff,                      :
                                                           :
              -against-                                    :   **RULE 7.1 STATEMENT OF**
                                                           :   **DEFENDANT UNITED**
UNITED PARCEL SERVICE, INC. and                            :   **PARCEL SERVICE, INC.**
LOCAL 804, I.B.T. UNION,                                   :
                                                           :
                           Defendants.                     :
------------------------------------------------------------ x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant United Parcel Service, Inc. states as follows:

Defendant United Parcel Service, Inc., a New York corporation, is a wholly-owned subsidiary of United Parcel Service, Inc., a Delaware corporation. No other publicly held corporation owns 10% or more of Defendant's stock.

Dated: New York, New York
       January 16, 2008

                                  Respectfully submitted,

                                  _____
                                  Jonathan L. Sulds (JS-4674)
                                  Jonathan L. Israel (JI-5882)
                                  Evandro C. Gigante (EG-7402)
                                  AKIN GUMP STRAUSS HAUER AND FELD LLP
                                  590 Madison Avenue
                                  New York, New York  10022
                                  (212) 872-1000 (telephone)
                                  (212) 872-1002 (facsimile)

                                  *Attorneys for Defendant United Parcel Service, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 16th day of January 2008, I electronically filed the foregoing Rule 7.1 Statement of Defendant United Parcel Service, Inc. to be served with the Clerk of the District Court using its CM/ECF system, and I caused a true and correct copy of the foregoing Rule 7.1 Statement to be served by overnight delivery in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service, upon the following:

>S. Felix Ngati
>Law Offices of S. Felix Ngati
>1203 Nostrand Avenue
>Brooklyn, New York 11225
>*Attorney for Plaintiff Clive Dennis*
>
>Hanan B. Kolko, Esq.
>Meyer, Suozzi, English & Klein, P.C.
>1350 Broadway, Suite 501
>New York, New York 10018
>*Attorney for Defendant Local 804, I.B.T.*

>_____
>EVANDRO C. GIGANTE (EG-7402)
>*Akin Gump Strauss Hauer & Feld LLP*
>590 Madison Avenue
>New York, New York 10022
>(212) 872-1039 (Telephone)
>(212) 872-1002 (Facsimile)
>
>*Attorneys for Defendant United Parcel Service, Inc.*