Jonathan L. Sulds (JS-4674)
Jonathan L. Israel (JI-5882)
Evandro C. Gigante (EG-7402)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
(212) 872-1000

*Attorneys for Defendant United Parcel Service, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

| | |
|---|---|
| CLIVE DENNIS, | Index No. 07-Civ-9754 (HB) |
| Plaintiff, | |
| -against- | **NOTICE OF MOTION** |
| UNITED PARCEL SERVICE, INC. and LOCAL 804, I.B.T. UNION, | |
| Defendants. | |

------------------------------------------------------------------ x

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion of Defendant United Parcel Service, Inc., For Judgment On The Pleadings And Dismissal of the Complaint Under Fed. R. Civ. P. 12(c), the Affidavit of Evandro C. Gigante, Esq., and the attachments thereto, and all prior pleadings and proceedings herein, the undersigned attorneys for Defendant United Parcel Service, Inc. ("UPS"), will move this Court at such time as the Court designates, before the Honorable Harold Baer, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007 for an ORDER pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, granting UPS's motion for judgment on the pleadings to dismiss as to all of Plaintiff's claims because Plaintiff has failed to state a claim for

which relief can be granted and UPS is entitled to judgment as a matter of law. Oral argument is requested at a date and at a time to be designated by the Court.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 6.1(b) of the Local Rules of this Court, opposing memoranda shall be served upon the undersigned by April 10, 2006.

Dated: New York, New York
       March 27, 2008

By: _____
Jonathan L. Sulds (JS-4674)
Jonathan I. Israel (JI-5882)
Evandro C. Gigante (EG-7402)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Ave.
New York, New York 10022
(212) 872-1000 (tel)
(212) 872-1002 (fax)
E-mail: jsulds@akingump.com
        jisrael@akingump.com
        egigante@akingump.com

*Attorneys for Defendant United Parcel Service, Inc.*