## CERTIFICATE OF SERVICE

I, Evandro C. Gigante, hereby certify that on March 27, 2008, I caused true and correct copies of the Notice of Motion, Memorandum of Law In Support Thereof, and Affidavit of Evandro Gigante In Support Thereof to be served via United Parcel Service Overnight Delivery upon the following:

S. Felix Ngati
Law Offices of S. Felix Ngati
1203 Nostrand Avenue
Brooklyn, New York 11225
*Attorney for Plaintiff Clive Dennis*

Hanan B. Kolko, Esq.
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
New York, New York 10018
*Attorney for Defendant Local 804, I.B.T.*

Dated: March 27, 2008
       New York, New York

AKIN GUMP STRAUS HAUER & FELD LLP

By: _____
    Evandro C. Gigante (EG-7402)
    590 Madison Avenue
    New York, New York 10022
    (212) 872-1000

*Attorneys for Defendant United Parcel Service*