UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------- x
CLIVE DENNIS,                              :
                                           :         Index No. 07-Civ-9754 (HB)
                    Plaintiff,             :
                                           :
        -against-                          :         STIPULATION
                                           :
UNITED PARCEL SERVICE, INC. and            :
LOCAL 804, I.B.T. UNION,                    :
                                           :
                    Defendants.            :
----------------------------------------------------- x
```

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties herein that on March 27, 2008, Defendant United Parcel Service, Inc. ("Defendant UPS") served a motion for Judgment on the Pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure dismissing the Complaint filed by Plaintiff.

IT IS FURTHER STIPULATED AND AGREED that in connection with said motion, Plaintiff will serve opposition papers, if any, upon Defendant UPS by May 8, 2008; and Defendant UPS will serve reply papers, if any, upon Plaintiff by May 27, 2008.

IT IS FURTHER STIPULATED AND AGREED that a facsimile signature on this Stipulation shall be considered as an original.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/

Dated: May 2, 2008
    New York, New York

S. FELIX NGATI. ESQ.

By: _____
    S. Felix Ngati, Esq. (SN-    )
    1203 Nostrand Avenue
    Brooklyn, New York 11225
    718-735-0008

*Attorneys for Plaintiff*

AKIN GUMP STRAUS : HAUER & FELD LLP

By: _____
    Richard J. Rabin (R-0037)
    Evandro C. Gigante (EG-7402)
    590 Madison Avenue
    New York, New York 10022
    212-872-1000
    *Attorneys for Defendant United Parcel
    Service Inc.*

This is *sent to me so long as you know that are other*
*deadlines + you will keep them particularly the January Trial month.*

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: _5/5/08_

_____
THE HONORABLE HAROLD BAER, JR.
UNITED STATES DISTRICT COURT JUDGE

2

TOTAL P.03

Endorsement:

  This is fine with me so long as you know there are other deadlines and you will keep them particularly the January trial month.