Richard J. Rabin (RR-0037)
Evandro C. Gigante (EG-7402)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
rrabin@akingump.com
egigante@akingump.com
(212) 872-1000

*Attorneys for Defendant United Parcel Service, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
CLIVE DENNIS,                                                     :
                                                                  :   Index No. 07-Civ-9754 (HB)
                      Plaintiff,                                  :
                                                                  :
                -against-                                            :   **NOTICE OF APPEARANCE**
                                                                  :
UNITED PARCEL SERVICE, INC. and                                   :
LOCAL 804, I.B.T. UNION,                                          :
                                                                  :
                      Defendants.                                 :
------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters his appearance in this matter on behalf of Defendant United Parcel Service, Inc. ("UPS"), as counsel of record, and requests that all papers be served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance is made without waiver of or prejudice to any defenses that Defendant may have in this action.

Dated: New York, New York
      May 8, 2008

                                AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
      Richard J. Rabin (RR-0037)
      590 Madison Avenue
      New York, New York 10022
      (212) 872-1000 (tel)
      (212) 872-1002 (fax)

*Attorney for Defendant United Parcel Service, Inc. ("UPS")."*

## **CERTIFICATE OF SERVICE**

I, Richard J. Rabin, an attorney with the law firm of Akin Gump Strauss Hauer & Feld LLP, hereby certify that on this 8th day of May 2008, I caused to be served, via regular mail, a copy of the attached Notice of Appearance upon:

>S. Felix Ngati
>Law Offices of S. Felix Ngati
>1203 Nostrand Avenue
>Brooklyn, New York 11225
>*Attorney for Plaintiff Clive Dennis*
>
>Hanan B. Kolko, Esq.
>Meyer, Suozzi, English & Klein, P.C.
>1350 Broadway, Suite 501
>New York, New York 10018
>*Attorney for Defendant Local 804, I.B.T.*

_____
Richard J. Rabin