# S. FELIX NGATI
### ATTORNEYS AND COUNSELORS AT LAW

1203 NOSTRAND AVENUE
BROOKLYN, NEW YORK 11225

TEL.: (718) 735-0008
FAX : (718) 735-4889

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08

MAY 12 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

December 03, 2001

**BY FACSIMILE: (212) 805 - 7901**

Honorable Harold Baer Jr.
United States District Judge
United States District Court
500 Pearl Street, Room 1610
New York, New York 10007

    Re:    Clive Dennis v. United Parcel Services, Inc, and Local 804
           Index No: 7 Civil-9754 (HB)

Dear Judge Baer Jr:

We represent Plaintiff Dennis in the above referenced action and hereby respectfully request for a final extension of time within which the Plaintiff was required to file a response to Defendant's Motion for Judgement on the pleadings pursuant to Rule 12© of the Federal Rules of Civil of Procedure be extended from Thursday March 8, 2008 to May 16, 2002.

The reason for seeking this further extension is that plaintiff Dennis traveled out of state and could not sign and notarize his affidavits in opposition mailed by our office to his home address. We did not hear from plaintiff Dennis until late Friday afternoon and therefore waited to write to the court this morning. Plaintiff Denis will be back in New York City on Thursday 15, 2008.

We hereby request to file without any further delay, the said response on Friday 16, 2008 and that Defendants reply papers due May 27, 2008, be equally extended to June 4, 2008.

Thank you for your attention in this matter and we apologize for any inconvenience this request may cause the Court.

Respectfully submitted.

*Granted but*
*Keep in mind your*
*PTSO which requires*
*a trial in January - & we will be going to trial*
*in January!*

So Ordered.

Harold H. Baer Jr.

S. FELIX NGATI, ESQ.(SFN4150)
Law Offices of S. FELIX NGATI
Attorneys for Plaintiff Dennis

File/SFN


TO:    Attn: Evandro Gigante
       AKIN GUMP DTRAUSS HAUER & FELD L.L.P.
       Attorneys for Defendant UPS
       590 Madison Avenue
       New York, New York 10022
       212-872-1088
       *(By facsimile (212) 872-1001*

Endorsement:

     Granted but keep in mind your PTSO which requires a trial in January and we will be going to trial in January !