# S. FELIX NGATI
### ATTORNEYS AND COUNSELORS AT LAW

1203 NOSTRAND AVENUE
BROOKLYN, NEW YORK 11225

TEL.: (718) 735-0008
FAX: (718) 735-4889

RECEIVED
MAY 23 2008
H... ...ER
U.S. DISTRICT JUDGE
S.D.N.Y.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

May 22, 2008

**BY FACSIMILE: (212) 805 - 7901**

Honorable Harold Baer Jr.
United States District Judge
United States District Court
500 Pearl Street, Room 1610
New York, New York 10007

Re: Clive Dennis v. United Parcel Services, Inc. and Local 804
Index No: 7 Civil-9754 (HB)

Dear Judge Baer Jr:

We represent Plaintiff Dennis in the above referenced action and hereby respectfully regret to inform the court that effective forthwith, we will not continue to represent him in this case. Plaintiff Dennis have through out the course of this trial, refused to accept our legal advise as to the Federal Rules of civil procedure and also as to the legal issues involved in this matter, making it impossible for him to understand that attorneys can be sanctioned for attempting or continuing to prosecute frivolous and un-meritorious claims. We have advised plaintiff Dennis for him to listen and to understand to the rules and procedure governing his case, and have warned that he stops yelling, and disrespectfully instructing our office on what to say or do on legal issues presented in his case to no avail.

Accordingly, this letter is written late because for the pat several days we could not agree on any issue until today that plaintiff has agreed to look for another attorney to continue the litigation of his claims. We pray that the court has not dismissed and should not dismiss the case because we could not file our response to plaintiff UPS' motion for judgement and plaintiff's letter requesting dismissal on same grounds.

We could not write immediately because we believed that plaintiff may eventually listen and also continued to find an alternative resolution on how to handle the matter. Plaintiff still does not agree with our interpretation of the said rules, laws and regulations but has accepted to look for another attorney to take over the case and also demands at least a

period two weeks for that purpose.

We respectfully request that your honor not dismiss plaintiff's complaint for failure to file opposition papers to defendant UPS' motion.

Thank you for your attention in this matter and we apologize for any inconvenience this request may cause the Court.

Respectfully submitted,

S. FELIX NGATI, ESQ.(SFN4150)
Law Offices of S. FELIX NGATI
Attorneys for Plaintiff Dennis

So Ordered.

Harold H. Baer Jr.

File/SFN

TO:  Attn: Evandro Gigante/
AKIN GUMP DTRAUSS HAUER & FELD LLP.
Attorneys for Defendant UPS
590 Madison Avenue
New York, New York 10022
212-872-1088
(By facsimile (212) 872-1001

Hanan B. Kolko Esq.
Meyer, Suozzie, English & Klein, P.C.
1350 Broadway, Suite 501
P.O. Box 822
New York, New York 10018-0026
212-239-1311
(By facsimile (212) 239-1311)

[Handwritten note from judge:] I can understand your desire that counsel does not desire [relieved] — yet it is its desire — you are to continue to be counsel 'til until a new lawyer or your client puts you out — in either event I will be glad to accommodate you. For now I gather you are in default — perhaps we best have a PTC this week to clarify where we all stand. Call chambers for time.

SO ORDERED:

Harold Baer, Jr., U.S.D.J.
5/27/08

Endorsement:

    I can understand your desire but counsel does not get relieved simply because it is its desire - you are and continue to be counsel to plaintiff until a new lawyer comes in or your clients puts you out - in either event I will be glad to accommodate you. For now I gather you are in default perhaps we best have a PTC this week and clarify where we all stand - call Chambers for time.