UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
CLIVE DENNIS,

                Plaintiff,

  -against-

UNITED PARCEL SERVICES, INC.
and LOCAL 804, L.B.T. UNION,

                Defendants.
------------------------------------------------------x

07 Civ. 9754 (HB)

**ORDER**

**Hon. Harold Baer, Jr., District Judge:**

    WHEREAS by letter dated May 22, 2008, Plaintiff Clive Dennis's counsel, S. Felix Ngati, Esq., informed the Court that he no longer wished to represent Plaintiff in this matter; and

    WHEREAS on June 2, 2008, I met with Plaintiff, Plaintiff's counsel and counsel for Defendants in my Chambers; and

    WHEREAS during that meeting Plaintiff and Mr. Ngati, Plaintiff's counsel, agreed that Mr. Ngati will no longer represent Plaintiff and that Plaintiff will proceed *pro se* until he retains new counsel; and

    WHEREAS Defendant United Parcel Services, Inc. filed a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) on April 10, 2008; and

    WHEREAS Plaintiff has requested, and been granted, two extensions of time to file his opposition to Defendant's motion and the most recently extended deadline of May 16, 2008 has passed; it is hereby

    ORDERED that Plaintiff is granted an additional extension, to July 7, 2008, to respond to Defendant's motion; and it is further

    ORDERED that if Plaintiff does not respond to Defendant's motion by July 7, 2008, Plaintiff's action may be dismissed for failure to prosecute; and it is further

    ORDERED that the Pretrial Scheduling Order is not affected by this Order.

**SO ORDERED.**

June 3, 2008
New York, New York

                                                U.S.D.J.