# AKIN GUMP
# STRAUSS HAUER & FELD LLP

Attorneys at Law

RICHARD J. RABIN
212.872.1086/fax: 212.872.1002
rrabin@akingump.com

July 10, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

VIA FACSIMILE

Honorable Harold Baer, Jr.
United States District Court
Southern District of New York
500 Pearl Street, Chambers 2230
New York, New York 10007

Re: *Clive Dennis v. United Parcel Service, Inc. and Local 804, I.B.T.*,
    Index No. 07-Civ-9754 (HB)

Dear Judge Baer:

This firm represents United Parcel Service, Inc. ("UPS") in the above-referenced matter. We write to request an extension of time to submit a reply brief in further support of our motion to dismiss the above-referenced matter.

In an Order dated June 3, 2008, the Court granted Plaintiff until July 7, 2008 to respond to our motion to dismiss. Yesterday, we received an ECF notice indicating that an affidavit had been filed with the Court, but no copy of the affidavit was attached to the ECF notice. Mr. Dennis has indicated that he sent us a hard copy of the affidavit via U.S. mail, but we have not yet received it. We also have been unable to obtain a copy from the Clerk's office, although we will continue to attempt to do so.

In light of this delay, we respectfully request an extension until July 25, 2008 to file a reply to Mr. Dennis' affidavit. We hope and expect to be able to locate Mr. Dennis' affidavit in advance of that time and to be able to draft a reply. Mr. Dennis has consented to this extension.

*Extension granted.*

SO ORDERED:

_____
Harold Baer, Jr., U.S.D.J.
Date: July 21, 2008

Respectfully Submitted,

Richard J. Rabin, Esq.

cc: Clive Dennis (via UPS Overnight Delivery)
    Hanan B. Kolko, Esq. (by facsimile)

590 Madison Avenue / New York, NY 10022-2524 / 212.872.1000 / fax: 212.872.1002 / www.akingump.com

TOTAL P.02