```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
CLIVE DENNIS,                          :
                                       :     07 Civ. 9754 (HB)
                Plaintiff,             :
                                       :     ORDER
        -against-                      :
                                       :
UNITED PARCEL SERVICE, INC.            :
and LOCAL 804, L.B.T. UNION,           :
                                       :
                Defendants.            :
------------------------------------------------------x
```

**Hon. Harold Baer, Jr., District Judge:**

WHEREAS by letter dated July 31, 2008, Defendant United Parcel Service, Inc. requested an extension of the discovery cutoff; and

WHEREAS Plaintiff Clive Dennis has consented to such extension; and

WHEREAS the purpose of such extension is to avoid the costs of discovery pending this Court's ruling on Defendant's motion for judgment on the pleadings; and

WHEREAS the trial of this matter is scheduled for the month of January 2009 and this Court requires at least sixty days prior to the trial month to decide any dispositive motion; it is hereby

ORDERED that Paragraph 4 of the Pretrial Scheduling Order is amended so that all discovery, except for expert discovery, shall be commenced in time to be completed by October 1, 2008; and it is further

ORDERED that Paragraph 5 of the Pretrial Scheduling Order is amended so that no party may make a dispositive motion returnable after November 1, 2008; and it is further

ORDERED that the Pretrial Scheduling Order is not otherwise affected by this Order.

SO ORDERED.

August 4th, 2008
New York, New York

U.S.D.J.

Part I